**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL _____ District of _____ CALIFORNIA _____
(State)

Case number (*If known*): _____ Chapter _____

Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case
number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | MODERN FLOOR SPECIALISTS Inc. |

2. **All other names debtor used
   in the last 8 years**

   Include any assumed names,
   trade names, and *doing business
   as* names

3. **Debtor's federal Employer
   Identification Number** (EIN)

   47   5594346
   ___ ___ – ___ ___ ___ ___ ___ ___ ___

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1126 W 228TH ST. SUITE 1 | 1557 E 62nd St |
| Number        Street | Number        Street |
| | P.O. Box |
| TORRANCE, CA 90502 | Los Angeles, CA 90001 |
| City            State      ZIP Code | City            State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Los Angeles, CA | |
| County | Number        Street |
| | |
| | City            State      ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | N/A |

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding  LLP)

   ☐ Other. Specify: _____

Debtor  MODERN FLOOR SPECIALISTS Inc. _____    Case number (if known)_____
          Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ 561720 ___

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                          MM / DD / YYYY

        Case number, if known _____

Debtor    **MODERN FLOOR SPECIALISTS Inc.**        Case number *(if known)*_____
_____
      Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br><br>**Where is the property?**_____<br>      Number      Street<br><br>_____<br><br>_____  _____  _____<br>City                     State    ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes. Insurance agency _____<br><br>     Contact name _____<br><br>     Phone _____ |

### ▊ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br><br>☐ Funds will be available for distribution to unsecured creditors.<br><br>☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☒ 1-49          ☐ 1,000-5,000     ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000    ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000  ☐ More than 100,000<br>☐ 200-999 |
| **15. Estimated assets** | ☒ $0-$50,000        ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000  ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million  ☐ More than $50 billion |

Debtor _____          Case number *(if known)*_____
          Name

16. **Estimated liabilities**

# UNITED STATES BANKRUPTCY COURT

### Central District of California  ⊙

In re MODERN FLOOR SPECIALIST Inc. ,
                                            Debtor

Case No. _____

Chapter 11 _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| See Attached | | | | |

Date: _____

MODERN FLOOR SPECIALIST Inc.
                        Debtor

*[Declaration as in Form 2]*

Reset                        Save As...        Print

| Fill in this information to identify the case: |
| --- |
| Debtor name ___MODERN FLOOR SPECIALISTS Inc._____ |
| United States Bankruptcy Court for the: ___CENTRAL_____ District of ___CA___ (State) |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | Internal Revenue Service Insolvency Section P.O. Box 7346 Philadelphia, PA 19101-7346 | Internal Revenue Service Attn: Insolvency Unit 800-973-0424 | IRS Taxes from 2018 - 2022 | | | | $297,168.26 |
| 3 | AmTrust North America, Inc. c/o Security National Insurance 800 Superior Avenue East, 21st Floor Cleveland, OH 44114 | Timothy Carl Aires tca@arlawyers.com (949) 718-2020 | Worker's Compensation and Liability Insurance | DISPUTED | | | $162,818.00 |
| 4 | Jesus Estrada Pelaggio 1068 E. Phillips Blvd. POMONA, CA 91766 | Attorney Jared Sohn jsohn@calunitedlaw.com (310) 744-1449 | Wage Claim | DISPUTED | | | $1,000,000.00 |
| 5 | City of Los Angeles - Office of the City Attorney City Hall East, 15th Floor 200 North Main Street, Los Angeles, CA 90012 | Deputy City Attorney Joshua Crowell joshua.crowell@lacity.org (213) 978-4530 | Wage Claim | DISPUTED | | | Amount TBD |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

| Debtor | MODERN FLOOR SPECIALISTS Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

MODERN FLOOR SPECIALIST Inc.

CENTRAL                    CA

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    **Income**

1. **Gross revenue from business**

|  |  |  |  |
|---|---|---|---|
| 01/01/2025 |  | x | 00.00 |
| 01/01/2024 | 12/31/2024 | x | 00.00 |
| 01/01/2023 | 12/31/2023 | x | 1,617,569.06 |

x

00

Debtor      MODERN FLOOR SPECIALIST Inc.                                    Case number (if known)_____
                 Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers

   x

   x

Debtor _____    Case number *(if known)*_____
       Name

5.  **Repossessions, foreclosures, and returns**

    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor,
    sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    x

    x

| People of State of CA v. MODERN FLOOR SPECIALIST Inc. et al. | Wage Theft | Los Angeles City Attorney's Office Public Rights Branch | x |
|---|---|---|---|
| | | 221 N. Figueroa Street Suite 1000 | |
| 24STCV18842 | | Los Angeles        CA        90012 | |

| Security National Insurance Company v. Modern Floor Specialist, Inc. Et al. | Breach of Contract - Insurance | Central District Stanley Mosk Courthouse Dept 39 | x |
|---|---|---|---|
| | | 111 N. Hill St. | |
| 24STCV15891 | | Los Angeles        CA        90012 | |

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None    Continued from Page 3

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Modern Floor Specialists, Inc. et al v. City of Los Angeles et al | CIVIL RIGHTS | CENTRAL DISTRICT OF CALIFORNIA<br>**Name**<br>350 W. 1st Street<br>**Street**<br>Courtroom 5D<br>Los Angeles, CA 90012<br>City     State     ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 2:25-cv-04765-ODW-JPR | | | |
| 7.2. | **Case title**<br>Jesus Estrada Pelagio v. Modern Floor Specialists Inc. et al | WAGE THEFT | **Court or agency's name and address**<br>CENTRAL DISTRICT OF CALIFORNIA<br>**Name**<br>350 W. 1st Street<br>**Street**<br>Courtroom 5B<br>Los Angeles, CA 90012<br>City     State     ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 2:25-cv-06626-HDV-MBK | | | |

Debtor _____    Case number *(if known)*_____
         Name

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   x

   x

   x

Debtor _____        Case number *(if known)*_____
                Name

| **Part 6:** | **Certain Payments or Transfers** |

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before
the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring,
seeking bankruptcy relief, or filing a bankruptcy case.

x

x

Debtor _____    Case number *(if known)*_____
       Name

**13. Transfers not already listed on this statement**

    List any transfers of money or other property

    x

    x

Debtor _____    Case number *(if known)*_____
                    Name

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

x

x

x

Debtor _____    Case number *(if known)*_____
               Name

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**

   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   x

      x

      x

Debtor _____          Case number *(if known)*_____
       Name

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">**Part 11:**</div>    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    x

    x

    x

Debtor _____          Case number *(if known)*_____
                  Name

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   x

   x

Debtor _____    Case number (*if known*)_____
         Name

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Cristofer Saavedra c/o M&M Tax Pros                                        2019            2023

    5901 Cherry Ave.

Long Beach,                          CA                      90805

Debtor _____    Case number *(if known)*_____
　　　　　Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | | |
| | _____ | _____ |
| | Name | |
| | _____ | _____ |
| | Street | |
| | _____ | |
| | City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

　　　x

　　x

Debtor _____    Case number *(if known)*_____
_____Name_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

27.2. _____
Name

_____
Street

_____
City                                        State            ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ERICA PEREZ | 187 East 48th St. Los Angeles, CA 90011 | OWNER (CEO, Secretary, CFO) | 100 |
| MARTHA ARCIENEGA | 187 East 48th St. Los Angeles, CA 90011 | Managing Employee | None |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

x

X

Debtor _____     Case number *(if known)*_____
                Name

| | Name and address of recipient | | | |
|---|---|---|---|---|
| 30.2 | | _____ | _____ | _____ |
| | Name _____ | | _____ | |
| | Street _____ | | _____ | |
| | _____ | | | |
| | City                State        ZIP Code | | _____ | |
| | Relationship to debtor | | _____ | |
| | _____ | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

x

x

ERICA PEREZ

x

Internal Revenue Service
Insolvency Section
P.O. Box 7346
Philadelphia, PA 19101-7346


AmTrust North America, lnc.
c/o Security National Insurance
800 Superior Avenue East, 21st Floor
Cleveland, OH 44114


Jesus Estrada Pelaggio
1068 E. Phillips Blvd.
Pomona, CA 91766


City of Los Angeles — Office of the City
Attorney
City Hall East, 15th Floor
200 North Main Street, Los Angeles,
CA 90012